# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ROBERT BOUVIER** ) | |
| ) | |
| ) | |
| **v.** ) | **C.A. NO: 11-478-M** |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **Social Security Administration** ) | |

## JUDGMENT

[ ]  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ]  Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Plaintiff, Robert Bouvier, against the Defendant, Michael J. Astrue, Commissioner of Social Security Administration, pursuant to the Memorandum and Order dated February 14, 2013 signed by Judge John J. McConnell GRANTING the Plaintiff's Motion to Reverse the Commissioner and DENYING the Defendant's Motion to Affirm the Commissioner.**

                                                 **Enter**:


                                       **/s/ Barbara Barletta**
                                       **Deputy Clerk**

**DATED: February 14, 1013**